OPINION — AG — **** COUNTY COMMISSIONERS — RETIREMENT SYSTEM — WITHDRAWAL **** THE BOARD OF COUNTY COMMISSIONERS OF A COUNTY CAN LEGALLY WITHDRAW FROM THE PUBLIC EMPLOYEES RETIREMENT SYSTEM AT ANY TIME PRIOR TO THE FILING OF A CERTIFIED COPY OF ITS RESOLUTION JOINING THE SYSTEM WITH THE BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM. CITE: 74 O.S. 1961 910 [74-910], 74 O.S. 1968 Supp., 910 [74-910] W. J. MONROE